UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

EVAN GEFFNER, *on behalf of himself, and all other similarly situated*,

                        Plaintiff,

    -against-                                  Case No.: 1:18-cv-06108 (KPF)

QUANTA SERVICES, INC.,
PHOENIX POWER GROUP, INC.,
                        Defendants.

-----------------------------------------------------------------X

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS

       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Evan Geffner ("Plaintiff") and Defendants Quanta Services, Inc. and Phoenix Power Group, Inc. ("Defendants") that the Negotiated Settlement Agreement and Release in this matter having been reviewed by the Court and found to be fair and reasonable, Plaintiff's claims in the above-captioned action shall be dismissed in their entirety, with prejudice, in accordance with the terms of the Negotiated Settlement Agreement and Release.

| | Respectfully submitted, |
|---|---|
| DEREK SMITH LAW GROUP, PLLC | JACKSON LEWIS P.C. |
| One Penn Plaza, Suite 4905 | 666 Third Avenue, 29th Floor |
| New York, New York 10119 | New York, NY 10017 |
| Tel. No. (212) 587-0760 | Tel. No. (212) 545-4000 |
| By: *[signature]* | By: *[signature]* |
|     Abraham Z. Melamed |     Jason A. Zoldessy |
|     Rachel Allen |     Godfre O. Blackman |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
| Dated: September 25, 2019 | Dated: September 25, 2019 |

Dated:    September 25, 2019        SO ORDERED.
          New York, New York

                                    *Katherine Polk Failla* (signature)

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE